AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| SULLIVAN COLIN, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 5:13-CV-382-D** |
| JAMES DIMON, *CEO of JP Morgan Chase Bank, N.A.*, DOUGLAS L. BRAUNSTEIN, *CFO of JP Morgan Chase Bank, N.A.*, TRUSTEE SERVICES OF CAROLINA, LLC, BROCK & SCOTT, PLLC, AND BAXTER HOUSTON. | ) |
| Defendants | ) |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Motion to Dismiss [D.E. 9] is GRANTED and the Amended Complaint is DISMISSED without prejudice. The Motion to Amend [D.E. 13] is DENIED.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **SEPTEMBER 19, 2013** WITH A COPY TO:

Sullivan Colin, Pro se (via USPS c/o Jeanine Coppedge, Notary Public, P.O. box 189, Rocky, Mount, NC 27802)
D. Anderson Carmen (via CM/ECF Notice of Electronic Filing)

September 19, 2013                      JULIE A. RICHARDS, Clerk
Date                                        Eastern District of North Carolina

                                                        /s/ Debby Sawyer
                                                        (By) Deputy Clerk

Raleigh, North Carolina